UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DEWARREN M. HARRIS, | Civil No.: 16-2640 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| CONTINENTAL CONTITECH NORTH AMERICA, INC., THE GOODYEAR TIRE AND RUBBER COMPANY, VEYANCE TECHNOLOGIES, INC., CAMPBELL FITTINGS, INC., and LEWIS-GOETZ and COMPANY, INC., | **ORDER GRANTING LEAVE TO FILE AND SERVE THE SECOND AMENDED COMPLAINT AND REMAND** |
| Defendants, | |
| and | |
| CAMPBELL FITTINGS, INC., | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| SUMMIT BREWING COMPANY, | |
| Third-Party Defendant. | |

---

Bruce M. Rivers, **RIVERS LAW FIRM, P.A.,** 701 Fourth Avenue South, Suite 300, Minneapolis, MN 55415, Daniel J. Cragg, Jared M. Reams, **ECKLAND & BLANDO, LLP,** 800 Lumber Exchange, 10 South Fifth Street, Minneapolis, MN 55402, for plaintiff.

Alice Chen Smith, Anthony Latiolait, **YOKA & SMITH, LLP,** 445 South Figueroa Street, Suite 38th Floor, Los Angeles, CA 90071, Hilary Loynes Palazzolo, Richard Bale, **LARSON KING, LLP,** 30 East Seventh Street,

1

Suite 2800, St Paul, MN 55101-4922, for defendant ContiTech North America, Inc.

David Schooler, Jordan Weber, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, Juliane M. Rodriguez, Edward S. Bott , Jr, **GREENSFELDER, HEMKER, & GALE, P.C.,** 10 South Broadway, Suite 2000, St. Louis, MO 63102, for defendant The Goodyear Tire & Rubber Company.

Wade T. Johnson, Keith Kerfeld, **TWEKSBURY & KERFELD,** 88 South Tenth Street, Suite 300, Minneapolis, MN 55403, for defendant and third-party Campbell Fittings, Inc.

Brian M. McSherry, Timothy Leer, **O'MEARA LEER WAGNER & KOHL, PA,** 7401 Metro Boulevard, Suite 600, Minneapolis, MN 55439-3034, for defendant Lewis-Goetz and Company, Inc.

Scott A. Brehm, **KELLY R. RODIECK & ASSOCIATES,** 385 Washington Street, Suite Lc12s, St. Paul, MN 55102, for third-party defendant Summit Brewing Company.

The Parties have filed a Stipulation for Leave to File and Serve Second Amended Complaint and for Remand. Based on the files, record, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. With good cause shown, the Parties' Stipulation for Leave to File and Serve Second Amended Complaint is **ACCEPTED**.

2. Plaintiff is granted leave to amend the First Amended Complaint to join Able Hose & Rubber, Inc. and Pro Flow Dynamics, LLC as defendants.

3. Plaintiff is granted leave to file and serve the Second Amended Complaint.

4. Upon the filing of proof of service of the Summons and Second Amended Complaint on Able Hose and Rubber, Inc., and no sooner, this action shall be **REMANDED** to Ramsey County District Court, Second Judicial District, State of

2

Minnesota pursuant to 28 U.S.C. § 1447(e).  The Clerk of Court is directed to take all necessary actions to effectuate the remand of this case at that time, including mailing a certified copy of this order to the Court Administrator of the Second Judicial District, pursuant to 28 U.S.C. § 1447(c).

Dated: September 6, 2017
at Minneapolis, Minnesota

                                              s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court