# UNITED STATES DISTRICT COURT
for the
District of Minnesota

DeWarren M. Harris,

                          *Plaintiff,*

v.                                                    Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America, Inc., et al.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Continental ContiTech North America, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel J Cragg
                800 Lumber Exchange
                10 South Fifth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT         By:    *[signature]* Mandy M. Price

                                                      Signature of Clerk or Deputy Clerk
                                                        Mandy M. Price

Date of Issuance:  <u>September 7, 2017</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16–cv–02640–JRT–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Continental ContiTech North America, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

DeWarren M. Harris,

                              *Plaintiff,*

v.                                              Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America, Inc., et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   The Goodyear Tire and Rubber Company

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel J Cragg
                800 Lumber Exchange
                10 South Fifth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:    *M. Price*

                                                Signature of Clerk or Deputy Clerk
                                                Mandy M. Price

Date of Issuance:  September 7, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−02640−JRT−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: The Goodyear Tire and Rubber Company

Date of Service: 

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

DeWarren M. Harris,

                *Plaintiff,*

v.                                          Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America, Inc., et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Veyance Technologies, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel J Cragg
                800 Lumber Exchange
                10 South Fifth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*         By:     */s/ Mandy M. Price*

                                                             Signature of Clerk or Deputy Clerk
                                                         Mandy M. Price

Date of Issuance:  September 7, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−02640−JRT−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Veyance Technologies, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

DeWarren M. Harris,

                        *Plaintiff,*

v.                                                    Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America,
Inc., et al.,

                        *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Campbell Fittings, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel J Cragg
                800 Lumber Exchange
                10 South Fifth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:      *[signature] Mandy M. Price*

                                                                  Signature of Clerk or Deputy Clerk
                                                         Mandy M. Price

Date of Issuance:  <u>September 7, 2017</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−02640−JRT−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Campbell Fittings, Inc.

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

DeWarren M. Harris,

                *Plaintiff,*

v.                                                                               Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America, Inc., et al.,

                *Defendant.*

### SUMMONS IN A CIVIL ACTION

To:  Lewis–Goetz and Company, Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Daniel J Cragg
        800 Lumber Exchange
        10 South Fifth Street
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT        By: *[signature]*

                                                  Signature of Clerk or Deputy Clerk
                                             Mandy M. Price

Date of Issuance:  September 7, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16−cv−02640−JRT−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Lewis−Goetz and Company, Inc.

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

DeWarren M. Harris,

                        *Plaintiff,*

v.                                                                      Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America,
Inc., et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Able Hose & Rubber, Inc.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel J Cragg
                800 Lumber Exchange
                10 South Fifth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:    *Mandy M. Price*

                                                               Signature of Clerk or Deputy Clerk

                                                              Mandy M. Price

Date of Issuance:  <u>September 7, 2017</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–02640–JRT–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Able Hose & Rubber, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

DeWarren M. Harris,

                              *Plaintiff,*

v.                                                       Case No. 0:16–cv–02640–JRT–FLN

Continental ContiTech North America, Inc., et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Pro Flow Dynamics, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Daniel J Cragg
        800 Lumber Exchange
        10 South Fifth Street
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*          By: *Mandy M. Price*

Signature of Clerk or Deputy Clerk

Mandy M. Price

Date of Issuance:  September 7, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−02640−JRT−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Pro Flow Dynamics, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: