| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | AFFIDAVIT OF SERVICE |
| DeWarren M. Harris,<br>VS.                                              Plaintiff,<br>Continental ContiTech North America,<br>                                              Defendant, | File No.   0:16-cv-02640-JRT-FLN |

**METRO LEGAL SERVICES**

Michael Hanson, being duly sworn, on oath says:

that on September 8, 2017, at 8:40 AM he served the attached:

Summons; and Second Amended Complaint upon:

Able Hose & Rubber, Inc., therein named, personally at:

2340 West County Road C, Suite 150, Roseville, County of Ramsey, State of Minnesota, by handing to and leaving with Mitch Lannon, Branch Manager, a Managing Agent for said Able Hose & Rubber, Inc., a true and correct copy thereof.

_____
Michael Hanson

Subscribed and sworn to before me on

____9/8____, 2017

JOHN M. LEVESQUE
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2018

*2192129 - 2*

RE: Harris